**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| KAREN HARRISON, | : | No. 24 MAL 2019 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| HEALTH NETWORK LABORATORIES | : | |
| LIMITED PARTNERSHIPS, AND LEHIGH | : | |
| VALLEY HEALTH NETWORK, INC., | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of June, 2019, the Petition for Allowance of Appeal is

**GRANTED**. The issue, rephrased for clarity, is:

Whether the Pennsylvania Human Relations Act ("PHRA"), including its requirement for exhaustion of remedial administrative procedures, provides the exclusive remedy for retaliation claims ostensibly brought under the Pennsylvania Whistleblower Law ("Whistleblower Law"), where the underlying basis for a Whistleblower Law retaliation claim is discrimination deemed to be unlawful under the PHRA.